1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CLEVER SIM,                                1:07-cv-00724-AWI-WMW-HC

12              Petitioner,

13       vs.                                     ORDER DENYING MOTION FOR
                                                 APPOINTMENT OF COUNSEL
14   ALBERTO R. GONZALES, et al.,
                                                 (DOCUMENT #4)
15              Respondent.

16   _____/

17          Petitioner has requested the appointment of counsel.  There currently exists no absolute right

18   to appointment of counsel in habeas proceedings.  See e.g., Anderson v. Heinze, 258 F.2d 479, 481

19   (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.), cert.

20   denied, 469 U.S. 823 (1984).  However, Title 18 U.S.C. § 3006A authorizes the appointment of

21   counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Rules

22   Governing Section 2254 Cases.  In the present case, the court does not find that the interests of

23   justice would be served by the appointment of counsel at the present time.  Accordingly, IT IS

24   HEREBY ORDERED thatPpetitioner's request for appointment of counsel is denied.

25   IT IS SO ORDERED.

26   **Dated:    May 22, 2007**              _____/s/  William M. Wunderlich_____
                                              UNITED STATES MAGISTRATE JUDGE
27

28