IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVER SIM, | 1:07-CV-0724-AWI WMW HC |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RE DISMISSAL OF PETITION FOR WRIT OF HABEAS CORPUS |
| vs. | |
| ALBERTO GONZALES, | |
| Respondent. | [Doc. 9] |

Petitioner is a state prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On December 4, 2007, the Magistrate Judge entered findings and recommendations herein. These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within

1 | thirty days.  No objections were filed.[1]

2 | In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a de novo review of this case.   See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).   Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Based on the foregoing, it is HEREBY ORDERED  that:

1. The findings and recommendations issued by the Magistrate Judge on December 4,  2007, are a adopted in full;

2. The Petition for Writ of Habeas Corpus is DISMISSED for failure to prosecute.

IT IS SO ORDERED.

**Dated:     February 25, 2008**               /s/ Anthony W. Ishii
                                                                   UNITED STATES DISTRICT JUDGE

---

[1] The court notes that the copy of the findings and recommendations served on Petitioner was returned by the United States Postal Service with a notation, "Not in Custody."  Pursuant to Local Rule 83-182(f), service on a party at their address of record is fully effective.

2